# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD JONES & CO., L.P.,**<br><br>Plaintiff,<br><br>vs.<br><br>**PAUL M. DELZIO,**<br><br>Defendant. | CASE NO. 18-cv-05336-YGR<br><br>**ORDER SETTING HEARING RE: EX PARTE APPLICATION FOR EXPEDITED RELIEF**<br><br>Re: Dkt. No. 9 |

Plaintiff Edward Jones & Co., L.P. ("Edward Jones") has filed an ex parte motion for expedited relief. (Dkt. No. 9.) The Court has reviewed the "Application for Ex Parte Temporary Restraining Order, and Fixing Date and Time for a Hearing on Plaintiff's Motion for a Preliminary Injunction and/or for an Order to Show Cause," including the Memorandum of Points and Authorities, the Declaration of Rod Divelbiss, and the Affidavits of Jay Guetterman, Melanie Boehne, Bridget Owens, Michele Bunsick, and Matthew Bender, and the complaint filed herein. Plaintiff has certified to the Court that is has provided notice to the defendant in accordance with Local Rule 65-1(b). (Dkt. No. 15.)

Accordingly, the Court **SETS** a hearing on the application for **Friday, September 7, 2018 at 9:00 a.m.** in Courtroom 2, Federal District Courthouse, 1301 Clay Street, Oakland, California. If appropriate, a temporary restraining order will issue for no longer than the statutory period in conjunction with expedited briefing on the preliminary injunction. Should the parties stipulate to the same, they shall file a notice with the Court forthwith.

Plaintiff **SHALL** file **forthwith** with the Court proof of service by email of this Order Setting Hearing re Ex Parte Application for Expedited Relief.

**IT IS SO ORDERED.**

Dated: September 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**