# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD JONES & CO., L.P.,** | CASE NO. 18-cv-05336-YGR |
| Plaintiff**,** | |
| vs. | **ORDER RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| **PAUL M. DELZIO,** | Re: Dkt. Nos. 9, 14 |
| Defendant**.** | |

The Court has reviewed parties' briefing regarding plaintiff's application for a temporary restraining order and, or in the alternative, an order to show cause as to why a preliminary injunction should not be issued. (*See* Dkt. Nos. 9, 21.) As stated during the telephone conference on Friday, September 7, 2018, the Court **DENIES** plaintiff's application for a temporary restraining order[1] and **SETS**, on an expedited basis, the following briefing schedule for plaintiff's upcoming motion for a preliminary injunction on an expedited basis:

| Plaintiff's Opening Brief | September 12, 2018 |
|---|---|
| Defendant's Opposition/Response | September 17, 2018 |
| Plaintiff's Reply | September 19, 2018 |
| Hearing | September 24, 2018 at 11:00 a.m. |

As noted during the September 7, 2018 conference, telephonic appearances will not be allowed and defendant Paul M. Delzio must appear personally for the September 24, 2018 hearing.

This Order terminates Docket Numbers 9 and 14.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In addition, plaintiff filed an administrative sealing motion in connection with its application for a temporary restraining order. (Dkt. No. 14.) Specifically, plaintiff seeks to seal documents containing the alleged trade secrets that are the subject of plaintiff's instant application and upcoming motion for preliminary injunction. These documents contain personal information, including names, address, account numbers, account balances, and investment portfolio data, belonging to plaintiff's clients. The private nature of this information constitutes compelling Accordingly, plaintiff's administrative motion to seal is **GRANTED**.